IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER W. LANCASTER, III<br>8685 Greenbelt Road, #102<br>Greenbelt, MD 20770<br><br>   Plaintiff,<br><br> v.<br><br>BRUCE R. JAMES, Public Printer,<br>U.S. Government Printing Office<br>732 North Capitol Street, N.W.<br>Washington, D.C. 20401<br><br>   Defendant. | Civil Action No. 05-2090 (JR) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

              Respectfully submitted,

              _____/s/_____
              CLAIRE WHITAKER, Bar #354530
              Assistant United States Attorney
              555 Fourth Street, N.W.
              Civil Division
              Washington, D.C. 20530
              (202)514-7137