UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
WALTER W. LANCASTER, III            )
                                    )
            Plaintiff,              )
                                    )
     v.                             )   Civil Action No. 05-2090 (JR)
                                    )
BRUCE R. JAMES, Public Printer,     )
U.S. Government Printing Office     )
                                    )
            Defendant.              )
                                    )
_____)

**MOTION TO EXTEND TIME TO ANSWER**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Bruce James, Public Printer, through undersigned counsel, moves this Court for a three-week extension of time, to and including June 20, 2006, to answer or otherwise respond to the allegations in plaintiff's complaint. Defendant's answer is presently due on May 30, 2006. Defendant's counsel has attempted unsuccessfully to consult with plaintiff's counsel concerning the extension before the filing of this motion. This is defendant's first request for an extension of time in this case.

The reasons for this motion are as follows: (1) Undersigned counsel primarily assigned to the case will be on family medical leave on May 30 and 31, 2006, and therefore will not be in the office on the answer due date; (2) Undersigned counsel was unable to confer with the agency counsel who will be assisting in this litigation before the Memorial Day weekend commenced; (3) There is a question as to whether the agency was served with the complaint and therefore the records have not been assembled and reviewed; and (4) Time is needed for undersigned counsel to review the records and determine whether a dispositive motion should be filed in lieu of an answer.

Although every effort will be made to expedite the review process and to file an answer or dispositive motion, if appropriate, on an earlier date, in an abundance of caution defendant is requesting a three-week extension of time to respond.

Accordingly, it is respectfully requested that an extension of time be granted, to and including June 20, 2006, to answer or otherwise respond to the allegations in the complaint. A proposed order is attached.

                                            Respectfully submitted,

                                            _____/s/_____
                                            KENNETH L. WAINSTEIN , D.C. Bar # 451058
                                            United States Attorney

                                            _____/s/_____
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                            _____/s/_____
                                            CLAIRE WHITAKER, D.C. Bar # 354530
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            Civil Division
                                            555 4th Street, N.W., Room E-4204
                                            Washington, D.C. 20530
                                            (202) 514-7137