UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
WALTER W. LANCASTER, III            )
                                    )
        Plaintiff,                 )
                                    )
   v.                              )   Civil Action No. 05-2090 (JR)
                                    )
BRUCE R. JAMES, Public Printer,     )
U.S. Government Printing Office     )
                                    )
        Defendant.                 )
                                    )
_____)

<u>ORDER</u>

Upon consideration of defendant's motion to extend time to answer, any opposition and reply thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that said motion is granted.  Defendant shall have to and including June 20, 2006, to file an answer or other response in this case.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W.  Room E-4204
Washington, D.C. 20530

Donald S. Johnson, Sr., Esq.
P.O. Box 4703
Capital heights, MD 20791