UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALTER W. LANCASTER, III,          :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :  Civil Action No. 05-2090 (JR)
                                   :
BRUCE R. JAMES, Public Printer,    :
U.S. Government Printing Office,   :
                                   :
        Defendant.                 :

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by August 28, 2006. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached defendant may have until September 28, 2006 to file a dispositive motion. Opposition and reply memoranda may be filed on a schedule to which the parties agree.

                                        JAMES ROBERTSON
                                    United States District Judge