UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WALTER W. LANCASTER, III | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2090 (JR/DAR) |
| BRUCE R. JAMES, Public Printer, U.S. Government Printing Office | ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO RESCHEDULE MEDIATION
CONFERENCE WITH MAGISTRATE JUDGE**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Bruce James, Public Printer, on behalf of the parties, moves this Court (Magistrate Judge Robinson) for a rescheduling of the mediation conference presently scheduled for Friday, September 22, 2006, at 2:00 p.m., to Wednesday, September 27, 2006, at 3:00 p.m. This continuance is requested for the following reason.

Defendant is presently considering the terms of a possible settlement proposed by plaintiff on September 20, 2006, and needs more time to consult with agency officials and U.S. Attorney Office supervisory personnel, before responding. Should a counter-proposal be proposed, plaintiff will need additional time to consider it before the mediation conference convenes. Accordingly, in the best interest of the parties and for judicial economy, it is respectfully requested that the mediation conference set for September 22, 2006, be rescheduled until September 27, 2006, at 3:0 p.m. A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137