UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER W. LANCASTER, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2090 (JR/DAR) |
| ) | |
| BRUCE R. JAMES, Public Printer, ) | |
| U.S. Government Printing Office ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of defendant's motion on behalf of the parties to reschedule the mediation conference presently scheduled in this case for September 22, 2006, at 2:00 pm, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that said motion is granted. The mediation conference presently scheduled for September 22, 2006, before Magistrate Judge Robinson is rescheduled for September 27, 2006, at 3:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W.  Room E-4204
Washington, D.C. 20530

Donald S. Johnson, Sr., Esq.
P.O. Box 4703
Capital Heights, MD 20791