UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER W. LANCASTER, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUCE R. JAMES, Public Printer, )<br>U.S. Government Printing Office )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2090 (JR/DAR) |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

This matter has been before Magistrate Judge Deborah Robinson for mediation and it appears that the parties have reached an agreement concerning the terms of a settlement of the case, subject to the drafting of a settlement agreement. In light of this fact, defendant moves this Court to continue the date for dispositive motions, presently set for September 28, 2006, to November 1, 2006, should a settlement agreement not be filed before that date.

Accordingly, in the best interest of the parties and for judicial economy, it is respectfully requested that the date for filing dispositive motions be continued to November 1, 2006. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney