UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WALTER W. LANCASTER, III | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 05-2090 (JR/DAR) |
| BRUCE R. JAMES, Public Printer, U.S. Government Printing Office | ) ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

Upon consideration of defendant's motion to extend the time for filing a dispositive motion in this case, and it appearing that the parties expect to resolve this case without further litigation, it is this _____ day of _____, 2006,

ORDERED, that said motion is granted. The deadline for filing dispositive motions is continued to November 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530

Donald S. Johnson, Sr., Esq.
P.O. Box 4703
Capital Heights, MD 20791