UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER W. LANCASTER, III, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action. No. 05-2090 (JR) |
| BRUCE R. JAMES,<br>Public Printer, | ) |
| Defendant. | ) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Walter W. Lancaster, III, and Bruce R. James, Public Printer, United States Government Printing Office hereby stipulate and agree by and through their respective undersigned attorneys to settle and compromise the above-captioned action and all other Equal Employment Opportunity claims presently pending, including but not limited to EEOC Number 06-29 under the terms and conditions set forth in this Stipulation of Settlement and Dismissal. In settlement of this matter:

1. Defendant will pay Plaintiff a total of Twelve Thousand and Five Hundred Dollars ($12,500.00) as a full, final and complete settlement of all the Plaintiff's claims and damages, including, but not limited to, actual damages, compensatory damages, back pay, attorneys' fees, expenses and costs that Plaintiff may have incurred related to the above-captioned case and any prior administrative proceedings. Defendant shall make the lump sum payment of $12,500.00 from the Judgment Fund, Department of the Treasury, via wire transfer and made payable to Donald S. Johnson, Esq., attorney for Walter W. Lancaster, III. Payment shall be made as promptly as practicable consistent with the normal processing procedures followed by the U.S. Department of Justice and the U.S. Department of the Treasury.

2. Defendant will also restore thirty (30) hours of annual leave to Mr. Lancaster.

3. Plaintiff fully understands and acknowledges that payment of any and all Federal, State or local taxes on all amounts remitted hereunder are the responsibility of Plaintiff and/or his attorney.

4. This Stipulation represents the full and complete satisfaction, settlement and discharge of all claims, demands, and causes of action arising from the allegations set forth in the complaint filed in this action, including any and all claims brought or that could have been brought by Plaintiff in any administrative or judicial forum as of the date of the execution of this Agreement and including full and complete satisfaction of all claims for costs and attorneys' fees that have been or could be made in this case, including any and all fees and costs incurred in connection with the administrative process, the District Court litigation process, mediation, and any other proceedings involving the claims raised in this action.

5. By this Stipulation, Plaintiff waives, releases and abandons any and all claims against Defendant, its officials, agents, or employees whether past or present, alleged or that could have been alleged by the Plaintiff regarding his employment by the U.S. Government Printing Office, to date.

6. This Stipulation does not constitute an admission of discrimination and/or wrongdoing, liability, or any violation of Federal, State or local statute or regulation on the part of the United States, the Public Printer, the U.S. Government Printing Office, and its officers, agents or employees.

9. The parties and their counsel acknowledge that they fully understand and voluntarily agree to the terms of this Stipulation. The Plaintiff represents and agrees that he has thoroughly discussed all aspects of this Stipulation with his attorney, that he has carefully read and fully understands all of the provisions of this Stipulation, and that he is voluntarily entering into this Stipulation.

10. This Stipulation will be binding upon and inure to the benefit of the parties hereto and

their respective successors and assigns.

11. The parties agree that this Stipulation shall not be used as evidence or otherwise in any pending or future civil or administrative action against the Public Printer, U.S. Government Printing Office, or any other agency or instrumentality of the United States, except in an action to enforce this Stipulation or to establish the terms thereof.

12. This Stipulation sets forth the entire understanding of the parties. All understandings have been incorporated into the terms of this Stipulation. No statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel which are not included herein shall be of any force or effect. No variations from the terms and conditions hereof will be permitted except pursuant to a written amendment executed by the duly authorized representatives of both parties.

13. This action is hereby dismissed with prejudice, except that the Court shall have jurisdiction to resolve a claim of non-compliance with the terms of the Stipulation.

Respectfully submitted,

_____
WALTER W. LANCASTER, III
Plaintiff

Dated: November 8th, 2006

_____
DONALD S. JOHNSON, Esq. #
D.C. Bar # 372774
P.O. Box 4703
Capitol Heights, MD 20791

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
CLAIRE M. WHITAKER, #354530
Assistant United States Attorney
555 4th St., N.W., Room E-4204
Washington, D.C. 20530

3

Attorney for Plaintiff

Dated: __NOVEMBER 8TH__ 2006

202-514-7137

Attorneys for Defendant

Dated: __NOVEMBER 9TH_____ 2006

Of Counsel:

THOMAS KELLY
Assistant General Counsel
U.S. Government Printing Office

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

this _____ day of _____, 2006